AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.

Dennison Hale

*Defendant(s)*

)
)
)
)  Case No. 16-MJ-642
)
)
)

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 22 2016

**MATTHEW J. DYKMAN**
**CLERK**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 20, 2016  in the county of  San Juan  in the
District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code 1153 | Offenses Commited within Indian Country |
| Title 18 United States Code 1111 | Murder |

This criminal complaint is based on these facts:

See attached Affidavit, hereby incorporated by reference as if fully restated herein.

☒ Continued on the attached sheet.

*Complainant's signature*

Jeffrey T. Wright, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-22-2016

*Judge's signature*

City and state:  Farmington, New Mexico

B. Paul Briones, US Magistrate Judge
*Printed name and title*

NEW MEXICO

ALBUQUERQUE, NEW MEXICO

United States of America           )
                                   )
vs                                 )
                                   )
DENNISON HALE                      )
YEAR OF BIRTH:   1973              )
SOCIAL SECURITY NUMBER: 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 )

AFFIDAVIT

    I, Jeffrey T. Wright, being duly sworn, do hereby depose and state:

    1. I am a Special Agent (SA) with the United States Department of Justice, Federal Bureau of Investigation (FBI), and have been employed in that capacity for approximately seven and one half years.  I am currently assigned to the Albuquerque Division of the FBI, Farmington Resident Agency, and have primary investigative responsibility for crimes that occur in Indian Country, including violent crimes such as homicide, robbery, aggravated assault, and sexual assault.  I am also responsible for investigating all other federal crimes which fall within the FBI's purview in the San Juan County area of New Mexico.

    2. The information set forth in this affidavit has been derived from an investigation conducted by SA Wright, Shiprock Criminal Investigator (CI) Jefferson Joe (Navajo Department of Criminal Investigations), and/or communicated to me by other law

enforcement officers of the Navajo Nation and witnesses. It is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. On the morning of February 20, 2016, at approximately 7:38 a.m., CI Joe notified SA Wright of an individual (hereafter referred to as Jane Doe) who was assaulted earlier that morning in Hogback, New Mexico, at a home located approximately 0.3 miles east of the Flowing Water Navajo Casino and 0.3 miles north of Highway 64, within the exterior boundaries of the Navajo Nation Indian Reservation. CI Joe further advised that Jane Doe, who was an enrolled member of the Navajo Nation Indian Tribe, was found unresponsive in her home and subsequently transported by helicopter to San Juan Regional Medical Center (SJRMC). Jane Doe's husband, subsequently identified as Dennison Hale, reportedly struck Jane Doe in the head with a shovel after which he fled the scene on foot. Hale is also an enrolled member of the Navajo Nation.

4. At approximately 8:22 a.m., SA Wright arrived at the SJRMC's Emergency Room. Attending staff advised that after Jane Doe arrived at the hospital and following life-saving efforts, she was pronounced dead by the attending doctor at 7:57 a.m. A single laceration was visible on Jane Doe's forehead.

5. SA Wright subsequently traveled to Jane Doe's residence in Hogback, described further as a small, turquoise house, with a neighboring hogan. The hogan was located approximately 30 feet north of the turquoise house. CI Joe was already present at the residence and had previously conducted interviews with

1  Jane Doe's two adult sons (hereafter referred to as Witness 1
2  and Witness 2).
3       6. According to interviews, Jane Doe, Witness 1, Witness 2,
4  and Hale spent the night of February 19, 2016, inside the hogan.
5  Jane Doe and Witness 2 had gone to a dance several hours earlier
6  but returned at approximately 3:00 a.m.  Sometime later, Jane
7  Doe began frantically searching the hogan for her cell phone,
8  asking everyone if they had seen it.  Witness 1 later observed
9  Jane Doe leave the hogan.  Hale immediately followed after her.
10 A few moments later, Witness 1 and Witness 2 heard Jane Doe
11 scream.
12      7. Witness 1 immediately ran outside the hogan and observed
13 Hale running south away from the house.  Hale pulled off the
14 jacket he was wearing and dropped it on the dirt road as he ran.
15 Witness 1 started to chase after Hale but subsequently returned
16 to the house to check on Jane Doe.
17      8. Witness 2 also ran outside the hogan to check on Jane
18 Doe after he heard her scream.  He observed Hale running away
19 from the house and chased after him.  As he got close to Hale,
20 Hale stopped, turned around, and hit Witness 2 in the face with
21 his fist.  Hale then ran off, southbound, toward the canal and
22 Witness 2 returned to the house.
23      9. Witness 1 observed Jane Doe inside the turquoise house,
24 lying on her back, on the floor between the kitchen and the
25 living room.  She was not moving and only made gurgling noises.
26 Witness 2 saw Jane Doe cough up blood as she lay on her back.  A
27 shovel was also seen lying next to Jane Doe.  Witness 1
28 subsequently called 911.

10. Pursuant to a Federal Search Warrant, SA Wright and CI Joe processed the scene for evidence. Among the items collected from the living room floor of the turquoise house was a square-nosed shovel, approximately 4'10" in length. A red stain consistent with blood was observed to be on the back of the head of the shovel. Witness 2 stated the shovel was previously left leaning against the exterior wall of the hogan.

11. Following the search and prior to Witness 2 learning of Jane Doe's death, Witness 2 stated he was concerned for Jane Doe's safety as two to three days earlier, Hale said something to the effect of, "I'm gonna kill her. No one else could have her."

12. Based upon the information provided in this affidavit, your Affiant submits there is probable cause to believe that on the morning of February 20, 2016, Dennison Hale, an enrolled member of the Navajo Nation Indian Tribe, was within the territorial jurisdiction of the Navajo Nation Indian Reservation when he killed Jane Doe by striking her in the head with a shovel, in violation of Title 18, United States Code, Sections 1153 (Criminal Offense committed within Indian Country) and 1111 (Murder).

13. I swear this information to be true and correct to the best of my knowledge and belief.

_Jeffrey S. Wright_
Jeffrey T. Wright
Special Agent
Federal Bureau of Investigation
Farmington, New Mexico

Subscribed and sworn to before me this 22 day of February, 2016.

_B. Paul Briones_
United States Magistrate Judge